**FILED**
June 18, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>              Plaintiff,                       )<br>v.                                                       )<br>                                                           )<br>BESHIBA COOK,                              )<br>                                                           )<br>              Defendant.                   ) | CASE NUMBER: 2:12-cr-00169-MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Beshiba Cook; Case 2:12-cr-00169-MCE from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $75,000.00; cosigned by defendant's sister, Vorice Cook, and defendant's cousin, Virgin Washington

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions;

Issued at  Sacramento, CA  on    6/18/2015     at  2:10 pm.

By  *[signature]*
Kendall J. Newman
United States Magistrate Judge