Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889
Email: dustin@ddjlaw.biz

Attorney for Besheba Cook

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Besheba Cook<br><br>    Defendant. | Case No.  2:12-CR-169 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The defendant, Besheba Cook, by and through her undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the status conference currently set for Thursday, July 2, 2015 at 9:00 am be vacated and continued to Thursday, October 1, 2015 at 9:00 am.

This continuance is necessary to provide the defense time to prepare, review extensive discovery (including: over 2500 pages and several thousand wiretap call recordings), for investigation and discussions with counsel's client and plea and sentencing negotiations.

The parties stipulate that the Court shall find and order: (1) the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial; and (3) time beginning from the parties' stipulation on June 30, 2015, up to and including the October 1, 2015, status

conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    I, Dustin Johnson, the filing party, have received authorization from AUSA Jason Hitt and to sign and submit this stipulation and proposed order on his behalf.

Dated: June 30, 2015

BENJAMIN B. W AGNER
United States Attorney

/s/ Dustin Johnson for
JASON HITT
Assistant U.S. Attorney

Dated: June 30, 2015

/s/ Dustin D. Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
Besheba Cook

**ORDER**

IT IS ORDERED that the status conference currently set for Thursday, July 2, 2015 at 9:00 am is vacated and continued to Thursday, October 1, 2015, at 9:00 a.m. Based on the stipulation of the parties, the Court finds that the failure to grant such a continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, June 30, 2015, up to and including the date of the new status conference, October 1, 2015, pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7)(A) and (B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated:  July 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT