1   Dustin D. Johnson (SBN: 234008)
    The Law Offices of Dustin D. Johnson
2   2701 Del Paso Road, Suite 130-155
    Sacramento, CA  95835
3   Phone: (877) 377-8070
    Fax: (916) 244-9889
4

5   Attorney for Beshiba Cook

6

7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10  United States of America,              No.  2:12-CR-169-MCE-11

11               Plaintiff,

12       v.                                **STIPULATION REGARDING
                                           EXCLUDABLE TIME PERIODS UNDER
13  Beshiba Cook,                          SPEEDY TRIAL ACT; ORDER**

14               Defendant.

15

16                                STIPULATION

17  1.   By previous order, this matter was set for status on March 24, 2016.

18  2.   By this stipulation, defendant Beshiba Cook, by and through her undersigned

19       counsel, now moves to continue the status conference until July 28, 2016, at 9:00

20       a.m., and to exclude time between March 24, 2016 and July 28, 2016, under

21       Local Code T4.

22  3.   The parties agree and stipulate, and request that the Court find the following:

23       a)   The government has represented that the discovery associated with this

24            case includes approximately 2590 pages of investigative reports and

25            related documents and recordings of thousands of wiretap calls. All of this

26            discovery has been produced directly to counsel.

27

28

                                        1

1    b)    Counsel for defendant desires additional time to consult with his client,

2          conduct investigation and research, review discovery, and to discuss

3          potential resolution with his client.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5          continuance would deny counsel the reasonable time necessary for

6          effective preparation, taking into account the exercise of due diligence.

7    d)    The United States does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by

9          continuing the case as requested outweigh the interest of the public and

10         the defendant in a trial within the original date prescribed by the Speedy

11         Trial Act.

12   f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

13         3161, et seq., within which trial must commence, the time period of March

14         24, 2016 and July 28, 2016, inclusive, is deemed excludable pursuant to

15         18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

16         continuance granted by the Court at defendant's request on the basis of

17         the Court's finding that the ends of justice served by taking such action

18         outweigh the best interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the

period within which a trial must commence.


IT IS SO STIPULATED.


Dated: January 5, 2016                              /s/ Dustin D. Johnson
                                                   DUSTIN D. JOHNSON
                                                   Counsel for Defendant
                                                   Beshiba Cook


Dated: January 5, 2016                              BENJAMIN B. WAGNER
                                                   United States Attorney


                                                   /s/ Jason Hitt (approved via email)
                                                   Jason Hitt
                                                   Assistant United States Attorney


                                    ORDER

        IT IS SO ORDERED.

Dated:  March 29, 2016


_____
   MORRISON C. ENGLAND, JR, CHIEF JUDGE
   UNITED STATES DISTRICT COURT