1   Dustin D. Johnson (SBN: 234008)
    The Law Offices of Dustin D. Johnson
2   2701 Del Paso Road, Suite 130-155
    Sacramento, CA  95835
3   Phone: (877) 377-8070
    Fax: (916) 244-9889
4

5   Attorney for Beshiba Cook

6

7                  UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  United States of America,              No.  2:12-CR-169-MCE-11

11                 Plaintiff,

12        v.                               **STIPULATION REGARDING**
                                           **EXCLUDABLE TIME PERIODS UNDER**
13  Beshiba Cook,                          **SPEEDY TRIAL ACT; ORDER**

14                 Defendant.

15

16                              STIPULATION

17  1.    By previous order, this matter was set for status on July 28, 2016.

18  2.    By this stipulation, defendant Beshiba Cook, by and through her undersigned

19        counsel, now moves to continue the status conference until November 3, 2016, at

20        10:00 a.m., and to exclude time between July 28, 2016 and November 3, 2016,

21        under Local Code T4.

22  3.    The parties agree and stipulate, and request that the Court find the following:

23        a)    The government has represented that the discovery associated with this

24              case includes approximately 2590 pages of investigative reports and

25              related documents and recordings of thousands of wiretap calls. All of this

26              discovery has been produced directly to counsel.

27        b)    Counsel for defendant desires additional time to consult with his client,

28              conduct investigation and research, review discovery, and to discuss

                                   1

potential resolution with his client. Counsel for the defendant and counsel for the government have begun discussions toward possible resolution.

c)   Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The United States does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2016 and November 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

2

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions

2    of the Speedy Trial Act dictate that additional time periods are excludable from the

3    period within which a trial must commence.

4

5    IT IS SO STIPULATED.

6

7    Dated: July 26, 2016                /s/ Dustin D. Johnson

8                                      DUSTIN D. JOHNSON
Counsel for Defendant

9    Beshiba Cook

10

11    Dated: July 26, 2016                Phillip A. Talbert
Acting United States Attorney

12

13                                        /s/ Jason Hitt (approved via email)
Jason Hitt

14    Assistant United States Attorney

15

16

17                                   ORDER

18    IT IS SO ORDERED.

19    Dated:  July 29, 2016

20

21                                    MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28