Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Beshiba Cook

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Beshiba Cook,<br><br>    Defendant. | No. 2:12-CR-169-MCE-11<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

STIPULATION

1. By previous order, this matter was set for status on April 20, 2017.
2. By this stipulation, defendant Beshiba Cook, by and through her undersigned counsel, now moves to continue the status conference until May 18, 2017, at 10:00 a.m., and to exclude time between April 20, 2017 and May 18, 2017, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The government has represented that the discovery associated with this case includes approximately 2590 pages of investigative reports and related documents and recordings of thousands of wiretap calls. All of this discovery has been produced directly to counsel.

1

b)    Counsel for defendant desires additional time to consult with his client, conduct investigation and research, review discovery, and to discuss potential resolution with his client. Counsel for the defendant and counsel for the government have been continuing to engage in negotiations toward possible resolution.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The United States does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20, 2017 and May 18, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: April 18, 2017　　　　　　　　　　　/s/ Dustin D. Johnson
　　　　　　　　　　　　　　　　　　　　　DUSTIN D. JOHNSON
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　Beshiba Cook

Dated: April 18, 2017　　　　　　　　　　　Phillip A. Talbert
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ Jason Hitt (approved via email)
　　　　　　　　　　　　　　　　　　　　　Jason Hitt
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: April 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE