1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Beshiba Cook

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  United States of America,              No.  2: 12-CR-169-MCE-11

12              Plaintiff,                  **STIPULATION REGARDING
                                            EXCLUDABLE TIME PERIODS UNDER**
13          v.                              **SPEEDY TRIAL ACT; ORDER**

14  Beshiba Cook,

15              Defendant.

16

17                             STIPULATION

18  1.   By previous order, this matter was set for status on July 27, 2017.

19  2.   By this stipulation, defendant Beshiba Cook, by and through her undersigned

20       counsel, now moves to continue the status conference until August 3, 2017, at

21       10:00 a.m., and to exclude time between July 27, 2017 and August 3, 2017,

22       under Local Code T4.

23  3.   The parties agree and stipulate, and request that the Court find the following:

24       a)   The government has represented that the discovery associated with this

25            case includes approximately 2590 pages of investigative reports and

26            related documents and recordings of thousands of wiretap calls. All of this

27            discovery has been produced directly to counsel.

28

                                      1

| | | |
|---|---|---|
| 1 | b) | Counsel for defendant desires additional time to consult with his client, |
| 2 | | conduct investigation and research, review discovery, and to discuss |
| 3 | | potential resolution with his client. Counsel for the defendant and counsel |
| 4 | | for the government have been continuing to engage in negotiations toward |
| 5 | | possible resolution. |
| 6 | c) | Counsel for defendant believes that failure to grant the above-requested |
| 7 | | continuance would deny counsel the reasonable time necessary for |
| 8 | | effective preparation, taking into account the exercise of due diligence. |
| 9 | d) | The United States does not object to the continuance. |
| 10 | e) | Based on the above-stated findings, the ends of justice served by |
| 11 | | continuing the case as requested outweigh the interest of the public and |
| 12 | | the defendant in a trial within the original date prescribed by the Speedy |
| 13 | | Trial Act. |
| 14 | f) | For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § |
| 15 | | 3161, et seq., within which trial must commence, the time period of July 27, |
| 16 | | 2017 and August 3, 2017, inclusive, is deemed excludable pursuant to 18 |
| 17 | | U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a |
| 18 | | continuance granted by the Court at defendant's request on the basis of |
| 19 | | the Court's finding that the ends of justice served by taking such action |
| 20 | | outweigh the best interest of the public and the defendant in a speedy trial. |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

4.      Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the

period within which a trial must commence.


IT IS SO STIPULATED


Dated: July 25, 2017                          /s/ Dustin D. Johnson
                                              DUSTIN D. JOHNSON
                                              Counsel for Defendant
                                              Beshiba Cook


Dated: July 25, 2017                          Phillip A. Talbert
                                              United States Attorney


                                              /s/ Jason Hitt (approved via email)
                                              Jason Hitt
                                              Assistant United States Attorney




                                    ORDER

        IT IS SO ORDERED.

Dated:  July 26, 2017


                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE