Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Beshiba Cook

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2: 12-CR-169-MCE-11 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | Judge: Hon. Morrison C. England, Jr. |
| Beshiba Cook, | Time: 10:00 a.m. |
| Defendant. | Date: June 21, 2018 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, and Dustin D. Johnson, Counsel for BESHIBA COOK, that:

1. By previous order, this matter was set for sentencing on April 19, 2018.
2. By stipulation, the parties now move to continue sentencing to June 21, 2018.
3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to June 21, 2018 and has provided the following briefing schedule based on the new Judgment and Sentencing Date of June 21, 2018

- Reply, or Statement of Non-Opposition: June 14, 2018.
- Motion for Correction of the Presentence report shall be filed with the Court and served on the Probation Officer and opposing Counsel no later than: June 7, 2018.
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: May 31, 2018
- Counsel's Written Objections to the Presentence Report shall be delivered to the Probation officer and opposing counsel no later than: May 24, 2018.

Dated: March 21, 2018  /s/ Dustin D. Johnson
DUSTIN D. JOHNSON
Counsel for Defendant
Beshiba Cook

Dated: March 21, 2018  McGregor W. Scott
United States Attorney

/s/ Jason Hitt (approved via email)
Jason Hitt
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated: March 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE