| | |
|---|---|
| Dustin D. Johnson (SBN: 234008) | |
| Two Rivers Law, P.C. | |
| 2701 Del Paso Road, Suite 130-155 | |
| Sacramento, CA 95835 | |
| Phone: (877) 377-8070 | |
| Fax: (916) 244-9889 | |

Attorney for Beshiba Cook

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>   v.<br><br>Beshiba Cook,<br><br>         Defendant. | No. 2: 12-CR-169-MCE-11<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Judge: Hon. Morrison C. England, Jr.<br>Time: 10:00 a.m.<br>Date: July 19, 2018 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, and Dustin D. Johnson, Counsel for BESHIBA COOK, that:

1. By previous order, this matter was set for sentencing on June 21, 2018.
2. By stipulation, the parties now move to continue sentencing to July 19, 2018.
3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

    The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to July 19, 2018 and has provided the following briefing schedule based on the new Judgment and Sentencing Date of July 19, 2018

- Reply, or Statement of Non-Opposition: July 12, 2018.
- Motion for Correction of the Presentence report shall be filed with the Court and served on the Probation Officer and opposing Counsel no later than: July 5, 2018.
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: June 28, 2018
- Counsel's Written Objections to the Presentence Report shall be delivered to the Probation officer and opposing counsel no later than: June 21, 2018.

Dated: May 24, 2018 /s/ Dustin D. Johnson
DUSTIN D. JOHNSON
Counsel for Defendant
Beshiba Cook

Dated: May 24, 2018 McGregor W. Scott
United States Attorney

/s/ Jason Hitt (approved via email)
Jason Hitt
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated: June 4, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE